UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIMAEL CARBAJAL ORIHUELA,<br><br>                         Petitioner,<br><br>                    v.<br><br>JAIME RIOS, et al.,<br><br>                         Respondents. | Case No. 5:26-cv-03564 VBF (ADS)<br><br><br>ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |

On June 26, 2026, Petitioner Abimael Carbajal Orihuela, proceeding through counsel, filed a Petition for Writ of Habeas Corpus (the "Petition").  (Dkt. No. 1.)  On July 6, 2026, Respondents filed an Answer to the Petition, stating they are "not presenting an opposition argument."  (Dkt. No. 7.)  On July 8, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted, Petitioner be released, and judgment be entered without requiring further proceedings.  (Dkt. No. 9.)

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 9), the unopposed Petition is granted. Respondents shall immediately release Petitioner Abimael Carbajal Orihuela (A# 096-236-551).  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.

Dated:  July 9, 2026

_____
THE HON. VALERIE BAKER FAIRBANK
Senior United States District Judge

Presented by:

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2