JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ABIMAEL CARBAJAL ORIHUELA,

                    Petitioner,

                    v.

JAIME RIOS, et al.,

                    Respondents.

Case No. 5:26-cv-03564 VBF (ADS)

JUDGMENT

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the unopposed Petition is granted.

Date: July 9, 2026

            *Valerie Baker Fairbank*

           THE HON. VALERIE BAKER FAIRBANK
             Senior United States District Judge